UNITED STATES of America,
Plaintiff-Appellee,

v.

Omar Clarence PHILLIPS, Defendant-Appellant.

No. 14264.

United States Court of Appeals
Sixth Circuit.

Dec. 13, 1960.

Philip M. Carden, Nashville, Tenn., Dale M. Quillen, Nashville, Tenn., on brief, for appellant.

Ray Jenkins, Asst. U. S. Atty., Knoxville, Tenn., John C. Crawford, Jr., U. S. Atty., and John F. Dugger, Asst. U. S. Atty., Knoxville, Tenn., on brief, for appellee.

Before McALLISTER, Chief Judge, and MILLER and O'SULLIVAN, Circuit Judges.

ORDER.

The above cause coming on to be heard on the record, the briefs of the parties, and the argument of counsel in open court and the court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed. Mobile, Jackson & Kansas City Railroad Company v. Turnipseed, Administrator, 219 U.S. 35, 31 S.Ct. 136, 55 L.Ed. 78; Hawes v. State of Georgia, 258 U.S. 1, 42 S.Ct. 204, 66 L.Ed. 431; Yee Hem v. United States, 268 U.S. 178, 45 S.Ct. 470, 69 L.Ed. 904; Casey v. United States, 276 U.S. 413, 48 S.Ct. 603, 72 L.Ed. 632; Morrison et al. v. California, 291 U.S. 82, 54 S.Ct. 281, 78 L.Ed. 664; Caudillo v. United States, 9 Cir., 253 F.2d 513.